Luther Laflin Kellogg, Appellant, v. Harry L. Kovar, Respondent.— Judgment and order affirmed, with costs. No opinion. Order filed.

MacIntosh Kellogg, Appellant, v. Harry L. Kovar, Respondent.— Judgment and order affirmed, with costs. No opinion. Order filed.

Benjamin Friedman, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Ermenia Arcieri, as Administratrix, etc., of Donato Arcieri, Deceased, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (McLaughlin and Houghton, JJ., dissenting.) Order filed.

George Diehl, Jr., by George Diehl, His Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Order affirmed, with costs and disbursements. No opinion. (O'Brien, P. J., and Clarke, J., dissenting.) Order filed.

In the Matter of Acquiring Title by The City of New York, Respondent, to Certain Lands and Premises Situated on the Easterly Side of Amsterdam Avenue Between One Hundred and Thirty-ninth Street and One Hundred and Fortieth Street, etc., Duly Selected as an Additional Site for the College of The City of New York. In the Matter of Henry Bernhardt, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of Acquiring Title by The City of New York, Respondent, to Certain Lands and Premises Situated on the Easterly Side of Amsterdam Avenue Between One Hundred and Thirty-ninth Street and One Hundred and Fortieth Street, etc., duly Selected as an Additional Site for the College of The City of New York. In the Matter of Mary G. Pinkney, Appellant.— Order affirmed, wih ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of Acquiring Title by The City of New York, Appellant, to Certain Lands and Premises Situated in the Block Bounded by Cherry Street, Water Street, Pike Slip and Market Slip, and in Block Bounded by Monroe Street, Cherry Street, Pike Street and Market Street, in the Borough of Manhattan, City of New York, Duly Selected, etc., as a Site for the Construction, etc., of a Suspension Bridge Over the East River, etc., Known as Manhattan Bridge (Bridge No. 3). Katharine Van Valkenberg, Claimant, Respondent.—Order modified by reducing allowance to $500, and as modified affirmed, without costs. No opinion. Order filed.

The People of the State of New York ex rel. John Turl's Sons, Incorporated, Appellant, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with costs and disbursements. No opinion. Order filed.

Ebling Brewing Company, Respondent, v. New York City Interborough Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Zalmon G. Sholes, as Administrator with the Will Annexed of C. Latham Sholes, Deceased, Respondent, v. Clarence W. Seamans, as Executor, etc., of James Densmore, Deceased, Appellant, Impleaded with Ernest R. Barron, as Executor, etc., of James Densmore, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Isabella F. Judson, Respondent, v. J. Tredwell Richards, Appellant, Impleaded with Evans R. Dick and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Charles H. Demmerle, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Application of John C. Foley, Appellant, for a Writ of Certiorari, against Thomas F. Smith, as Clerk of the City of New York, Respondent.— Order affirmed, with fifty dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. Henry A. La Chicotte, Appellant, v. George E. Best, as Commissioner of Bridges of the City of New York, Respondent.— Order affirmed, with fifty dollars costs and disbursements, on the authority of People ex rel. Hatch v. Lantry (88 App. Div. 583). Order filed.